**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

MIKE AND LINDA MATTEI,       :

       Plaintiffs       :       CIVIL ACTION NO. 3:19-2196

       v.       :       (JUDGE MANNION)

THE TUTHILL CORPORATION    :
d/b/a BLUE MOUNTAIN RESORT

       :

       Defendant       :

## ORDER

In accordance with the court's memorandum issued this same day, **IT**

**IS HEREBY ORDERED THAT**:

**(1)** Defendant's motion for summary judgment, (Doc. 38), is **DENIED**.

**(2)** The matter will be set down for a final pretrial conference on **Wednesday, May 24, 2023 at 1:30 p.m.** in the William J. Nealon U.S. Courthouse, Scranton, PA, Courtroom #3.

**(3)** Trial will be scheduled for **Tuesday, June 20, 2023 at 9:30 a.m.** also in the William J. Nealon U.S. Courthouse, Scranton, PA, Courtroom #3.

*s/ Malachy E. Mannion*

**MALACHY E. MANNION
United States District Judge**

**DATE: February 28, 2023**

19-2196-01